**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERTO E. TORRES, </br>         Petitioner, </br>     v. </br> KIM HOLLAND, Warden, </br>         Respondent. | Case No. CV 15-8753-DSF (JPR) </br></br> **J U D G M E N T** |

    Pursuant to the Order Denying Petition for Writ of Habeas Corpus Without Prejudice and Administratively Closing Case,

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: 11/23/15

DALE S. FISCHER
U.S. DISTRICT JUDGE